[No. 8,585—Department One.]
November 13, 1882.

N. F. WOOD v. E. V. FORBES, ADMINISTRATRIX ETC., ET AL.

DISMISSAL OF APPEAL—AFFIDAVIT—VERBAL STIPULATION.

APPEAL from Superior Court of Butte County. Motion to dismiss appeal on ground of failure to file transcript. Affidavits were filed by the appellant tending to show a verbal stipulation, extending the time within which the transcript might be filed. Counter-affidavits were filed by the respondents.

*Burt & Hamilton* and *Lusk & Turner*. for Appellant.

*Gale & Jones*, for Respondents.

The COURT:

The motion to dismiss the appeal must prevail. If it be admitted that affidavits can be considered which tend to show a verbal stipulation to extend the time to file the transcript, there are in this case affidavits more numerous and pointed to the effect that no such stipulation was made.

Appeal dismissed.